# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Grace et al v. Board of Trustees, Brooke East Boston et al

District Court Number: 19cv10930-GAO

Fee: Paid? Yes __X__ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No __X__         Sealed documents    Yes ____ No __X__
If yes, document #                            If yes, document #

*Ex parte* documents  Yes ____ No __X__       Transcripts    Yes ____ No __X__
If yes, document #                            If yes, document #

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:

#64 Report and Recommendations, #68 Order on Report and Recommendations, #69 Judgment

Other information:

 

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#64, #65, #68, #69, and #70

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __70__ filed on __September 29, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __September 30, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**